**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE LIMA-CASTRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>　　　　Defendant. | Case No. 1:16-cv-01154-SMS<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

　　　By motion filed August 5, 2016, Plaintiff Rose Lima-Castro, by her attorney, Betty Herrera, seeks to proceed *in forma pauperis*. Plaintiff submitted an application which is incomplete and perplexing. Specifically, Plaintiff failed to provide information concerning her last employment, if she is not currently employed. More importantly, Plaintiff's application reflects she has no income, money, or assets, and is yet able to sustain her livelihood. Absent complete and accurate information regarding Plaintiff's financial situation, the Court cannot evaluate whether Plaintiff is sufficiently impoverished to justify proceeding without paying the filing fee for her lawsuit.

　　　Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the filing fee to the Clerk of the Court within thirty (30) days of this order. If Plaintiff elects to submit an amended application, as this order permits her to do, she must provide complete and accurate

information.  If Plaintiff does not pay the filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution without further notice.

IT IS SO ORDERED.

    Dated:   **August 7, 2016**                        **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE