UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CASTRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>　　　　　Defendant. | **16-cv-1154 GSA**<br><br><br>**ORDER TO SHOW CAUSE** |

　　　On August 5, 2016, Plaintiff filed a complaint requesting a review of the Commissioner's denial of her applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). (Doc. 1). On that same day, Plaintiff filed a Motion to Proceed In Forma Pauperis ("IFP") which was subsequently denied. (Docs. 2 and 3). Plaintiff paid the filing fee and a Summons and Scheduling Order were issued on October 14, 2016. (Docs. 5 and 6).

　　　Pursuant to the Scheduling order, Plaintiff was required to serve the summons on Defendant within twenty (20) days and file a return of service with the Court. To date, an executed summons has not been filed with the Court, nor has the Commissioner made and appearance in this action. Therefore, Plaintiff is ordered to show cause why sanctions should not

1

be imposed for a failure to comply with this Court's order.   Plaintiff is ORDERED to file a written response to this Order to Show Cause no later than **January 2, 2017**.   If Plaintiff requires more time to serve the summons, she should so state in the response.  Plaintiff is advised that timely service of the summons is important in this case, as the other important deadlines including the lodging of the administrative record, and the briefing schedule are dependent on the filing of an executed summons.

**Failure to respond to this Order to Show Cause within the time specified may result in monetary or other sanctions including dismissal of this action.**

IT IS SO ORDERED.

Dated:   **December 12, 2016**                    **/s/ Gary S. Austin**
                                                                                 UNITED STATES MAGISTRATE JUDGE