# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CASTRO,<br><br>                Plaintiff,<br><br>         v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>                Defendant. | **16-cv-1154 GSA**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 7)**<br><br>**EXECUTED SUMMONS SHALL BE FILED NO LATER THAN FEB. 1, 2017** |

On December 12, 2016, the Court issued an Order to Show Cause ("OSC") regarding Plaintiff's failure to serve the complaint in accordance with the scheduling order. (Doc. 7). Plaintiff filed a response on January 1, 2017. (Doc. 9). In light of the response, the Court discharges the OSC issued on December 12, 2016. (Doc. 7). Plaintiff shall serve the summons and complaint on the appropriate parties and file executed summons **no later than February 1, 2017**. Failure to time file the executed summons may result in dismissal of this action.

IT IS SO ORDERED.

   Dated:   **January 4, 2017**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

1