| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| 2 | Acting United States Attorney<br>DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 4 | SHARON LAHEY (CBSN 263027) |
| 5 | Special Assistant United States Attorney<br>160 Spear Street, Suite 800 |
| 6 | San Francisco, California 94105<br>Telephone: (415) 977-8963 |
| 7 | Facsimile (415) 744-0134<br>E-Mail: sharon.lahey@ssa.com |
| 8 | |
| 9 | Attorneys for DEFENDANT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| ROSE M. CASTRO, | ) | CIVIL NO. 1:16-cv-01154-GSA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR** |
| | ) | **EXTENSION OF TIME TO RESPOND** |
| vs. | ) | **TO MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between Rose M. Castro (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a first extension of time of 7 days to respond to Plaintiff's opening brief and/or to file any cross-motions thereto. This is the first extension of time requested in the above-captioned matter. The current deadline is September 6, 2017 and the new deadline would be September 13, 2017. The deadline for any reply would be September 27, 2017. Defense counsel requests this extension of time due to an inadvertent calendaring issue.

The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 5, 2017 UNITED DISABILITY LAWYERS GROUP

By: /s/ *Betty Herrera\**
BETTY HERRERA
Attorney for the Plaintiff
(As authorized by email on September 5, 2017).

Attorneys for Plaintiff

Dated: September 5, 2017 PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties (Doc. 21), Defendant shall file her response to plaintiff's opening brief on or before September 13, 2017. Any reply thereto shall be filed on or before September 27, 2017.

IT IS SO ORDERED.

Dated: **September 6, 2017**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE